# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM ERICKSON, and ERICKSON PRODUCTIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | 8:15CV248 |
| V. | ) ) | |
| NEBRASKA MACHINERY COMPANY, | ) ) ) | ORDER |
| Defendant. | ) | |

Christopher Banys and Jennifer Gilbert have moved to withdraw as counsel for Defendant. (Filings 46 & 47.) Upon the representation that Defendant will remain represented in this action, the motions to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. Christopher Banys's Motion to Withdraw as Counsel (filing 46) and Jennifer Gilbert's Motion to Withdraw as Counsel (filing 47) are granted.

2. The Clerk of Court shall terminate the appearances of Jennifer Gilbert and Christopher Banys as counsel for Defendant and shall terminate future notices to them in this action.

**DATED July 22, 2015.**

             **BY THE COURT:**

             **S/ F.A. Gossett**
             **United States Magistrate Judge**