# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM ERICKSON, and ERICKSON PRODUCTIONS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | 8:15CV248 |
| V. | ) ) | |
| NEBRASKA MACHINERY COMPANY, | ) ) ) | ORDER |
| Defendant. | ) | |

Andrew Delahunt has moved to withdraw as counsel for Plaintiffs. (Filing 49.) Upon the representation that Plaintiffs will remain represented in this action, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. Andrew Delahunt 's motion to withdraw as counsel (filing 49) is granted.

2. The Clerk of Court shall terminate the appearance of Andrew Delahunt as counsel for Plaintiffs and shall terminate future notices to him in this action.

**DATED July 23, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**