IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM ERICKSON and ERICKSON PRODUCTIONS, INC., | ) ) ) | Case No. 8:15CV248 |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| NEBRASKA MACHINERY COMPANY, | ) ) ) | |
| Defendant. | ) | |

Upon notice of settlement through mediation given to the magistrate judge by Daniel J. Fischer, counsel for defendant,

**IT IS ORDERED:**

1. On or before **July 29, 2016,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. Any deadlines pending are cancelled upon the representation that this case is settled.

Dated: June 30, 2016.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge