IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM ERICKSON, AND ERICKSON PRODUCTIONS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NEBRASKA MACHINERY COMPANY,<br><br>Defendant. | 8:15CV248<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulation to Dismiss with Prejudice (Filing No. 79). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. The Court will retain jurisdiction to enforce the terms of the settlement but the case will be closed for statistical purposes. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation to Dismiss with Prejudice (Filing No. 79) is approved;

2. The above-captioned action is dismissed with prejudice;

3. The Court will not assess costs and attorney's fees;

4. The Court will retain jurisdiction to enforce the terms of the Parties' settlement agreement; and

5. The above-captioned action is closed for statistical purposes.

Dated this 1st day of August, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge